Jonas v Jonas (2025 NY Slip Op 00519)

Jonas v Jonas

2025 NY Slip Op 00519

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., BANNISTER, GREENWOOD, NOWAK, AND KEANE, JJ.

18 CA 23-01421

[*1]SANDRA JONAS, PLAINTIFF-APPELLANT,
v
MICHAEL JONAS, DEFENDANT-RESPONDENT. 

FERON POLEON, LLP, AMHERST (KELLY A. FERON OF COUNSEL), FOR PLAINTIFF-APPELLANT.
MARK J. FRENTZEL, ESQ., GRAND ISLAND (MICHAEL F. MCPARTLAN OF COUNSEL), FOR DEFENDANT-RESPONDENT.

 Appeal from an order of the Supreme Court, Erie County (Paula L. Feroleto, J.), entered August 15, 2023. The order, insofar as appealed from, denied in part the motion of plaintiff for various forms of postdivorce relief. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court.
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court